# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

CHANGE OF PLEA IN   USA v. Susan Anderson

CRIMINAL NO.   CR218-30   AT   Brunswick, GA

_____ .

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

WITH CONSENT OF THE COURT, THE

DEFENDANT   Susan Anderson   , HAVING

PREVIOUSLY ENTERED A PLEA OF   Not Guilty   ,

HEREBY WITHDRAWS THAT PLEA AND ENTERS A PLEA

OF   Guilty   TO   Count Two (2)

IN THE INDICTMENT.

THIS   15   DAY OF   June   , 2018.

NOLLE PROSSE AS

TO COUNT(S) _____

_[signature]_
Susan Anderson   DEFENDANT

_[signature]_
COUNSEL FOR DEFENDANT
Reid Zeh